IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEB 2 0 2015

IN THE MATTER OF:

Case No. 15-mj-0322-SAG

**Gerald L. Jones**

\*\*\*\*\*\*

## ORDER APPOINTING COUNSEL FOR INDIVIDUAL
## NOT A NAMED DEFENDANT

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED,** this 19th day of February 2015, that the Federal Public Defender for the District of Maryland is hereby appointed to represent the individual.

Stephanie A. Gallagher
United States Magistrate Judge